In the MATTER OF LAWYERS TITLE AND GUARANTY COMPANY (20–24 VAN DAM ST. & 233–245 SPRING ST., NEW YORK CITY).

ALFRED J. CALLAHAN, as Trustee, et al., Respondent; RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK et al., Appellants.

Counsel appeared June 5, 1944; decided June 14, 1944.

*William M. Evarts, A. Donald MacKinnon* and *Grant Gilmore* for Chase National Bank of City of New York, appellant.

*John C. Banser* for Alfred J. Callahan, as trustee, respondent.

*Lawrence S. Greenbaum, Anton Gronich, Theodore S. Jaffin* and *Monroe R. Lazere* for Anton Gronich, as surviving trustee under the will of Benjamin Hirsch, deceased, respondent.

Appeal dismissed, without costs.